UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CONCEPCION NIETO DE GIANINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0416 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 15) |

Plaintiff filed a stipulation of the parties for an extension of 60 days to file a motion for summary judgment. (Doc. 15.) Dolly Trompeter, Plaintiff's counsel, reports the extension is necessary "[d]ue to the increase in certified administrative records being filed by defendant" and "a larger than usual number of briefs due for the month of December 2021 and January 2022." (*Id.* at 2.) Notably, this is the first request for an extension, and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

　　1.　　The request for an extension of time (Doc. 15) is **GRANTED**; and

　　2.　　Plaintiff **SHALL** file a motion for summary judgment no later than **February 28, 2022**.

IT IS SO ORDERED.

　　Dated: __December 18, 2021__　　　　_____/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE