PHILLIP A. TALBERT
Acting United States Attorney
WILLY LE
Acting Regional Chief Counsel, Region X
FREDERICK FRIPPS
Special Assistant United States Attorney
701 Fifth Avenue, Columbia Tower,
Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3892
Email: frederick.fripps@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CONCEPCION NIETO DE GIANINI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:21-cv-00416-BAK (EPG)<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S BRIEF<br><br>(ECF No. 19) |

   The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file responsive brief in this case. In support of this request, the Commissioner respectfully states as follows:

   1.   Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region X, in Seattle.

   2.   Defendant's response to Plaintiff's opening brief is currently due April 14, 2022. Defendant has not previously requested an extension of time for this deadline.

1     3.     The Region X Office recently received some of the Easter District of California's caseload.

    4.     This case and other Eastern District of California are being transferred to another regional office for caseload management purposed.

    7.     Plaintiff's counsel was contacted and they did not object to this request.

    9.     This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until May 16, 2022, to file her responsive brief.

Respectfully submitted,

DATE: March 28, 2022                  */s/ Dolly M. Trompeter*
Dolly M. Trompeter
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: March 28, 2022           By    *s/ Frederick D. Fripps*
Frederick D. Fripps
Special Assistant United States Attorney

Attorneys for Defendant

# **ORDER**

Based on the above stipulation (ECF No. 19), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's opening brief no later than May 16, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**March 30, 2022**__                    /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE