DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CONCEPCION NIETO DE GIANINI,<br><br>         Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 1:21-cv-00416 BAK (EPG)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 22) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from May 19, 2022 to June 2, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time. Plaintiff respectfully states that the requested extension is necessary as Plaintiff's Counsel has recently returned to San Francisco, California and requires the additional time to ensure the timely submission of briefing assignments currently on calendar. Counsel is catching up on past due assignments as she has been out of the state for several months due to her father's current health issues. For the week of

1

1  May 16, 2022 and May 23, 2022 Plaintiff's Counsel has seven merit briefs due and several
2  EAJA stipulations due.  Counsel requires additional time to brief the issues thoroughly for the
3  Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes
4  to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 27, 2022            PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff


Dated: May 27, 2022            PHILLIP A. TALBERT
                               United States Attorney
                               PETER K. THOMPSON
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration


By:  */s/ Frederick Fripps*
     Frederick Fripps
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on May 27, 2022)

**ORDER**

Based on the above stipulation (ECF No. 22), IT IS ORDERED that Plaintiff shall file Plaintiff's reply no later than June 2, 2022.

IT IS SO ORDERED.

Dated: __May 31, 2022__                                /s/ *Erica P. Grosjean*
                                                                          UNITED STATES MAGISTRATE JUDGE